**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LLOYD ZITOMER, Derivatively on Behalf of Nominal Defendant HI/FN, INC., <br><br>Plaintiff, <br><br>vs. <br><br>RAYMOND J. FARNHAM, ROBERT W. JOHNSON, DOUGLAS S. WHITING, ALBERT E. SISTO, TAHER ELGAMAL, WILLIAM R. WALKER, STEPHEN A. FARNOW, and ROBERT A. MONSOUR, <br><br>Defendants, <br><br>and <br><br>HI/FN, INC., <br><br>Nominal Defendant. | Case No. C021498 <br><br>**[PROPOSED] ORDER DISMISSING ACTION** |

WHEREAS, under Federal Rule of Civil Procedure Rule 41, Plaintiff Lloyd Zitomer, has filed a request for an order dismissing this derivative action without prejudice.

WHEREAS, the Court has considered the request and the papers submitted by Plaintiff in support of the request.

///

///

ORDER.wpd

PROPOSED] ORDER DISMISSING ACTION
Case No. C021498                                                                                                                                         1

1 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed
2 | without prejudice.
3 |
4 | Dated:   6/7/02                              s/Susan Illston
  |                                              HONORABLE SUSAN ILLSTON

PROPOSED] ORDER DISMISSING ACTION
Case No. C021498

ORDER.wpd

2